# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2020

## NO. 03-17-00570-CV

**Mometrix Media, LLC, Appellant**

**v.**

**LCR Publishing, LLC, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD;
### JUSTICE FIELD NOT PARTICIPATING
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on August 29, 2017. Mometrix Media, LLC has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.